GEORGE A. STOHNER, State Bar No. 214508
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Phone: (213) 612-2500
Fax: (213) 612-2501
gstohner@morganlewis.com

MEGAN BARRY BOROVICKA, State Bar No. 241205
One Market, Spear Tower
San Francisco, CA 94105
Tel:    (415) 442-1318
Fax:   (415) 442-1001
mborovicka@morganlewis.com

SARI M. ALAMUDDIN (*Pro Hac Vice*)
ALLISON N. POWERS (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL  60601-5094
Tel:    (312) 324-1000
Fax:   (312) 324-1001
salamuddin@morganlewis.com
apowers@morganlewis.com

*Attorneys for the Defendant*
DAIICHI SANKYO, INC.

*Caption continued on following page*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA WELLENS, KELLY JENSEN, JACQUELINE PENA, BERNICE GIOVANNI, LARA HOLLINGER, and JENNIFER BENNIE on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs**,<br><br>v.<br><br>DAIICHI SANKYO, INC.,<br><br>**Defendant.** | Case No. C 13-00581 CW<br><br>**[PROPOSED]** ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND MODIFY DATES FOR RULE 26(F) CONFERENCE AND MOTION TO TRANSFER BRIEFING SCHEDULE<br><br>[L.R. 6-1, 6-2] |

1  BLAIR J. ROBINSON (*Pro Hac Vice*)
   A. KLAIR FITZPATRICK (*Pro Hac Vice*)
2  MORGAN, LEWIS & BOCKIUS LLP
   1701 Market Street
3  Philadelphia, PA 19103
   T:  (215) 963-5000
4  F:  (215) 963-5001
   blair.robinson@morganlewis.com
5  kfitzpatrick@morganlewis.com

6  *Attorneys for Defendant*
   DAIICHI SANKYO, INC.
7
   Janette Wipper (SBN 275264)
8  jwipper@sanfordheisler.com
   Felicia Medina (SBN 255804)
9  fmedina@sanfordheisler.com
   SANFORD HEISLER, LLP
10 555 Montgomery Street, Suite 1206
   San Francisco, CA 94111
11 Telephone: (415) 795-2020
   Facsimile: (415) 795-2021
12
   *Attorneys for Plaintiffs*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DSI/WELLENS STIPULATION AND
~~PROPOSED~~ ORDER TO CONTINUE CMC
CASE NO. C 13-00581 CW

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

For the reasons described in the Parties' Stipulation, and for good cause shown, the Rule 26(f) conference date and briefing schedule is hereby modified as per the Parties' agreement. Plaintiffs' opposition to Defendant's Motion to Transfer is due by Friday, May 17, 2013 and Defendant's reply is due by Friday, June 7, 2013. The Case Management Conference currently scheduled for May 15, 2013 shall be vacated and continued to Wednesday, July 24, 2013 at 2:00 p.m. The hearing on Defendant's Motion to Transfer Venue currently scheduled for May 23, 2013 shall be vacated and continued to Thursday, June 27, 2013 at 2:00 p.m.

DATE: April 25, 2013

_____
The Honorable Claudia Wilken
United States District Judge

DB1/ 73998434.1