Felicia Medina (SBN 255804)
fmedina@sanfordheisler.com
Chioma Chukwu (SBN 288502)
cchukwu@sanfordheisler.com
**SANFORD HEISLER, LLP**
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA WELLENS, KELLY JENSEN, JACQUELINE PENA, BERNICE GIOVANNI, LARA HOLLINGER, and JENNIFER BENNIE<br><br>on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs,**<br><br>v.<br><br>DAIICHI SANKYO, INC.<br><br>**Defendant.** | No. C 13-0581 WHO (DMR)<br><br>**DECLARATION OF FELICIA MEDINA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION FOR EQUAL PAY ACT CONDITIONAL COLLECTIVE ACTION CERTIFICATION** |

I, Felicia Medina, hereby declare as follows:

1.   I make this Declaration based upon personal knowledge and in support of Plaintiffs' Administrative Motion to File Under Seal Documents in Support of Their Motion for Equal Pay Act Conditional Collective Action Certification.  If called and sworn as a witness, I would testify competently as to the facts in this Declaration.

2.   I am an attorney duly admitted to practice law in the state of California. I am a managing partner at the law firm of Sanford Heisler, LLP.  My firm is counsel for the Named Plaintiffs, Opt-in Claimants, and the proposed collective action class.  I am familiar with all prior proceedings and the nature of this case.

CASE NO. C 13-0581 WHO (DMR) – DECLARATION OF FELICIA MEDINA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION FOR EQUAL PAY ACT CONDITIONAL COLLECTIVE ACTION CERTIFICATION

1

3. The Exhibits cited below are attached to the Declaration of Felicia Medina in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification ("Medina Decl."). Exhibits 1-31 are not themselves marked confidential, but have been redacted to prevent the disclosure of confidential information. All other exhibits cited below are designated confidential in their entirety by Defendant, with the exception of Exhibit 56, as described below.

**Memorandum of Law**

4. Plaintiffs seek to file a redacted version of their Memorandum of Law in Support of their Motion for Equal Pay Act Conditional Collective Action Certification ("Memo"). The redactions in the Memo contain information derived from Defendant's document production, which has been designated as confidential.

**Employee Declarations Containing Confidential Information**

5. **Exhibit 1** to the Medina Decl. is a true and correct copy of the Declaration of Joyce Bagley in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

6. **Exhibit 2** to the Medina Decl. is a true and correct copy of the Declaration of Kristi Bednar in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

7. **Exhibit 3** to the Medina Decl. is a true and correct copy of the Declaration of Kristin Burch in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

8. **Exhibit 4** to the Medina Decl. is a true and correct copy of the Declaration of Jamie Carter in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

9. **Exhibit 5** to the Medina Decl. is a true and correct copy of the Declaration of Autumn Connot in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

CASE NO. C 13-0581 WHO (DMR) – DECLARATION OF FELICIA MEDINA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION FOR EQUAL PAY ACT CONDITIONAL COLLECTIVE ACTION CERTIFICATION

2

10. **Exhibit 6** to the Medina Decl. is a true and correct copy of the Declaration of Kari Dyjak in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

11. **Exhibit 7** to the Medina Decl. is a true and correct copy of the Declaration of Lisa Gonzalez in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

12. **Exhibit 8** to the Medina Decl. is a true and correct copy of the Declaration of Kamilah Gray in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

13. **Exhibit 9** to the Medina Decl. is a true and correct copy of the Declaration of Sherri Harris in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

14. **Exhibit 10** to the Medina Decl. is a true and correct copy of the Declaration of Eunice Hawkins-Kimmel in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

15. **Exhibit 11** to the Medina Decl. is a true and correct copy of the Declaration of Lewanna Heard in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

16. **Exhibit 12** to the Medina Decl. is a true and correct copy of the Declaration of Parthenia Holly in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

17. **Exhibit 13** to the Medina Decl. is a true and correct copy of the Declaration of Gabrielle Jones in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

18. **Exhibit 14** to the Medina Decl. is a true and correct copy of the Declaration of Shannon Korando in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

CASE NO. C 13-0581 WHO (DMR) – DECLARATION OF FELICIA MEDINA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION FOR EQUAL PAY ACT CONDITIONAL COLLECTIVE ACTION CERTIFICATION

3

19. **Exhibit 15** to the Medina Decl. is a true and correct copy of the Declaration of Penny Martellino in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

20. **Exhibit 16** to the Medina Decl. is a true and correct copy of the Declaration of Brenda McIntyre in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

21. **Exhibit 17** to the Medina Decl. is a true and correct copy of the Declaration of Julie McMahon in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

22. **Exhibit 18** to the Medina Decl. is a true and correct copy of the Declaration of Jennifer Pickens in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

23. **Exhibit 19** to the Medina Decl. is a true and correct copy of the Declaration of Lisa Propper in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

24. **Exhibit 20** to the Medina Decl. is a true and correct copy of the Declaration of Marina Rademacher in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

25. **Exhibit 21** to the Medina Decl. is a true and correct copy of the Declaration of Courtney Ronay in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

26. **Exhibit 22** to the Medina Decl. is a true and correct copy of the Declaration of Joni Still in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

27. **Exhibit 23** to the Medina Decl. is a true and correct copy of the Declaration of Carol Vaughn in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

CASE NO. C 13-0581 WHO (DMR) – DECLARATION OF FELICIA MEDINA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION FOR EQUAL PAY ACT CONDITIONAL COLLECTIVE ACTION CERTIFICATION

4

28. **Exhibit 24** to the Medina Decl. is a true and correct copy of the Declaration of Carole Ward in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

29. **Exhibit 25** to the Medina Decl. is a true and correct copy of the Declaration of Deah Webster in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

30. **Exhibit 26** to the Medina Decl. is a true and correct copy of the Declaration of Jennifer Bennie in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

31. **Exhibit 27** to the Medina Decl. is a true and correct copy of the Declaration of Bernice Giovanni in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

32. **Exhibit 28** to the Medina Decl. is a true and correct copy of the Declaration of Lara Hollinger in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

33. **Exhibit 29** to the Medina Decl. is a true and correct copy of the Declaration of Kelly Jensen in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

34. **Exhibit 30** to the Medina Decl. is a true and correct copy of the Declaration of Jacqueline Pena in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

35. **Exhibit 31** to the Medina Decl. is a true and correct copy of the Declaration of Sara Wellens in Support of Plaintiffs' Motion for Equal Pay Act Conditional Collective Action Certification.

**Documents Produced Before Stipulated Protective Order**

36. The following documents were produced before the Parties' stipulated protective order was entered on August 16, 2013 (Dkt. 49). Plaintiffs agreed to accept all production prior

CASE NO. C 13-0581 WHO (DMR) – DECLARATION OF FELICIA MEDINA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION FOR EQUAL PAY ACT CONDITIONAL COLLECTIVE ACTION CERTIFICATION

5

to this date as designated confidential in its entirety by Defendant Daiichi Sankyo, Inc., including the documents below.

37.  **Exhibit 48** to the Medina Decl. is a true and correct copy of the job description for DSI Cardiovascular Sales Representatives, Bates-stamped DSI_WELLENS00000112-17.

38.  **Exhibit 49** to the Medina Decl. is a true and correct copy of the job description for DSI Sales Representatives, Bates-stamped DSI_WELLENS00000137-42.

39.  **Exhibit 50** to the Medina Decl. is a true and correct copy of the job description for DSI District Managers, Bates-stamped DSI_WELLENS00000162-66.

40.  **Exhibit 51** to the Medina Decl. is a true and correct copy of the DSI job description for Cardiovascular Specialty District Managers, Bates-stamped DSI_WELLENS00004324-28.

41.  **Exhibit 52** to the Medina Decl. is a true and correct copy of the job description for DSI Hospital Managers, Bates-stamped DSI_WELLENS00006045-49.

42.  **Exhibit 54** to the Medina Decl. is a true and correct copy of DSI's Base Pay Administration Policy, Bates-stamped DSI_WELLENS00004028-56.

43.  **Exhibit 57** to the Medina Decl. is a true and correct copy of a 2009 job description for Hospital Directors, Bates-stamped DSI_WELLENS00007086-91.

44.  **Exhibit 62** to the Medina Decl. is a true and correct copy of a memorandum dated May 1, 2013 regarding Fiscal Year 2012 Annual Compensation Planning, Bates-stamped DSI_WELLENS00008569-70.

45.  **Exhibit 63** to the Medina Decl. is a true and correct copy of an email dated May 1, 2013 from DSI Human Resources to DSI's Management Committee, Bates-stamped DSI_WELLENS00008550-52.

46.  **Exhibit 65** to the Medina Decl. is a true and correct copy of a memorandum titled Compensation Measurement Strategy, Bates-stamped DSI_WELLENS00008502.

**Documents Designated Confidential by Defendants**

47.  Defendant Daiichi Sankyo, Inc. has designated all of the following documents as confidential in their entirety, with the exception of Exhibit 56, as described below:

48. **Exhibit 43** to the Medina Decl. are true and correct copies of DSI's Equal Employment Opportunity Employer Information Reports from 2008-2013, Bates-stamped DSI_WELLENS00021925-44.

49. **Exhibit 44** to the Medina Decl. are true and correct copies of DSI organizational charts from approximately 2010-2013, Bates-stamped DSI_WELLENS00010905-11079.

50. **Exhibit 45** to the Medina Decl. are true and correct copies of DSI organizational charts from approximately 2008-2009, Bates-stamped DSI_WELLENS00013654-731.

51. **Exhibit 53** to the Medina Decl. is a true and correct copy of the job description for DSI Hospital Sales Representatives, Bates-stamped DSI_WELLENS00007901-5.

52. **Exhibit 55** to the Medina Decl. is a true and correct copy of DSI's Merit Increase Policy, Bates-stamped DSI_WELLENS00004063-70.

53. **Exhibit 56** to the Medina Decl. is a true and correct copy of an email from Joyce Bagley to DSI Human Resources, dated February 8, 2011, Bates-stamped DSI_WELLENS00022632-33. The first page of the email is designated confidential in its entirely, while the second page of the email is not designated confidential.

54. **Exhibit 58** to the Medina Decl. is a true and correct copy of the job description for DSI Regional Directors, Bates-stamped DSI_WELLENS00013738-43.

55. **Exhibit 59** to the Medina Decl. is a true and correct copy of the job description for DSI Area Business Directors, Bates-stamped DSI_WELLENS00013732-37.

56. **Exhibit 61** to the Medina Decl. is a true and correct copy of DSI's 2010 Annual Compensation Planning and LTI Choice Enrollment Presentation, Bates-stamped DSI_WELLENS00008075-94.

57. **Exhibit 64** to the Medina Decl. is a true and correct copy of DSI's 2011 Compensation Planning DSAC – Sales (HO & Field) Presentation, Bates-stamped DSI_WELLENS00008315-58.

58. **Exhibit 66** to the Medina Decl. is a true and correct copy of a presentation regarding Reward Excellence, dated April 2013, Bates-stamped DSI_WELLENS00008571-78.

CASE NO. C 13-0581 WHO (DMR) – DECLARATION OF FELICIA MEDINA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION FOR EQUAL PAY ACT CONDITIONAL COLLECTIVE ACTION CERTIFICATION

7

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Dated: March 6, 2014

3  Location: San Francisco, CA

4                                                                  */s/ Felicia Medina*
                                                                      Felicia Medina

CASE NO. C 13-0581 WHO (DMR) – DECLARATION OF FELICIA MEDINA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF THEIR MOTION FOR EQUAL PAY ACT CONDITIONAL COLLECTIVE ACTION CERTIFICATION

8