# EXHIBIT 1

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARA WELLENS, KELLY JENSEN, JACQUELINE PENA, BERNICE GIOVANNI, LARA HOLLINGER, and JENNIFER BENNIE on behalf of themselves and all others similarly-situated,

Plaintiffs,

v.

DAIICHI SANKYO, INC.,

Defendants.

Civ. No.: C 13-00581 (WHO) (DMR)

**DECLARATION OF JOYCE BAGLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR COLLECTIVE ACTION CERTIFICATION**

I, Joyce Bagley, hereby declare as follows:

1. I make this Declaration based upon personal knowledge and/or upon information and belief.

2. I am over 21 years of age and fully competent to make this Declaration. I live in Colorado. If called and sworn as a witness, I would testify competently as to the facts in this Declaration.

### My Employment History at DSI

3. I began working at Daiichi Sankyo, Inc. ("DSI") in 2004 as a Sales Representative in Colorado. In 2007, I became a District Manager in Colorado.

4. In 2011, I separated from DSI.

1

**My Job Duties at DSI**

5.     The primary duty of all District Managers is to promote DSI pharmaceutical products and be a liaison between DSI upper management and DSI pharmaceutical representatives.  District Managers across the nation performed substantially similar job duties.

6.     As a District Manager at DSI, my primary duties were to communicate DSI-approved marketing techniques to sales representatives, observe sales representatives in the field, and perform administrative tasks such as compiling sales representatives' expense reports and other documents for review by upper management.

7.     There were little to no differences in the job duties performed by all District Managers irrespective of division, tier, or geographical location.

8.     All District Managers, irrespective of division, tier, or geographical location, performed their job duties under similar working conditions.

9.     Specifically, as part of DSI's field sales force, all District Managers were required to perform their job duties in the field, meaning at the customer's place of business or in field/home offices.  DSI monitored and enforced field sales force employees' adherence to its central corporate policies through a highly regimented tracking structure that allowed upper management to monitor field sales employees' daily field activities through the submission of various tracking tools.

**Common Compensation Policies and Centralized Decision-making at DSI**

10.    All sales employees, including Sales Representatives and District Managers, throughout the country were subjected to the same common and uniform compensation policies and practices.  Such policies governed all components of my pay, including initial salary, salary increases, promotional salary increases, bonuses, awards and incentive pay.

11.    These policies also afforded a small, predominately male sales leadership team, who work at or above the Regional Director level, final decision-making authority relating to District Managers' pay, which resulted in pay disparities between males and females.

**Unequal Pay for Women at DSI**

12. I believe that DSI paid me and other similarly situated female District Managers less than male employees who performed the same or similar job duties under similar working conditions.

13. For example, ▓▓▓▓ was a District Manager who, like me, worked in the field and whose work required substantially equal skill, effort, and responsibility as mine.

14. Despite being similarly situated, ▓▓▓▓ was paid more than me.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

3

DECLARATION OF JOYCE BAGLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR COLLECTIVE ACTION CERTIFICATION

I declare under the penalties of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: 2/25/14

Location: Berthoud, CO

_____
JOYCE BAGLEY

4

DECLARATION OF JOYCE BAGLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR COLLECTIVE ACTION CERTIFICATION