# EXHIBIT 26

**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA WELLENS, KELLY JENSEN, JACQUELINE PENA, BERNICE GIOVANNI, LARA HOLLINGER, and JENNIFER BENNIE on behalf of themselves and all others similarly-situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAIICHI SANKYO, INC.,<br><br>Defendants. | Civ. No.: C 13-00581 (WHO) (DMR) |

**DECLARATION OF JENNIFER BENNIE IN SUPPORT OF PLAINTIFFS' MOTION FOR COLLECTIVE ACTION CERTIFICATION**

I, Jennifer Bennie, hereby declare as follows:

1. I make this Declaration based upon personal knowledge and/or upon information and belief.

2. I am over 21 years of age and fully competent to make this Declaration. I live in CA. If called and sworn as a witness, I would testify competently as to the facts in this Declaration.

### My Employment History at DSI

3. I began working at Daiichi Sankyo, Inc. ("DSI") in 2006 as a Sales Representative in CA. In 2010, I became a Cardiovascular Specialty Sales Representative.

1

4.     In 2012, I separated from DSI.

### My Job Duties at DSI

5.     The primary duty of all Sales Representatives is to promote and sell DSI pharmaceutical products. Sales Representatives across the nation performed substantially similar job duties.

6.     As a Sales Representative at DSI, my primary duty was to sell and promote pharmaceutical products to physicians and communicate product benefits to Health Care Providers at their place of business.

7.     There were little to no differences in the job duties performed by all Sales Representatives irrespective of division, tier, or geographical location.

8.     All Sales Representatives, irrespective of division, tier, or geographical location, performed their job duties under similar working conditions.

9.     Specifically, as part of DSI's field sales force, all Sales Representatives were required to perform their job duties in the field, meaning at the customer's place of business. DSI monitored and enforced field sales force employees' adherence to its central corporate policies through a highly regimented tracking structure that allowed upper management to monitor all Sales Representatives' sales field activities through the submission of expense reports, call logs, inventory logs, call plans, event reports and other tracking tools.

### Common Compensation Policies and Centralized Decision-making at DSI

10.    All sales employees, including Sales Representatives and District Managers, throughout the country were subjected to the same common and uniform compensation policies and practices. Such policies governed all components of my pay, including initial salary, salary increases, promotional salary increases, bonuses, awards and incentive pay.

DECLARATION OF JENNIFER BENNIE IN SUPPORT OF PLAINTIFFS' MOTION FOR COLLECTIVE ACTION CERTIFICATION

11.	These policies also afford a small, predominately male sales leadership team, who work at or above the Regional Director level, final decision-making authority relating to Sales Representatives' pay, which results in pay disparities between males and females.

**Unequal Pay for Women at DSI**

12.	I believe that DSI paid me and other similarly situated female Sales Representatives less than male employees who performed the same or similar job duties under similar working conditions.

13.	For example, ▮▮▮▮▮▮▮ was a Sales Representative who, like me, worked in the field and whose work required similar skill, effort, and responsibility as mine.

14.	Despite being similarly situated, ▮▮▮▮▮ was paid more than me.

3

DECLARATION OF JENNIFER BENNIE IN SUPPORT OF PLAINTIFFS' MOTION FOR COLLECTIVE ACTION CERTIFICATION

I declare under the penalties of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated:

Location:

*[signature]*

JENNIFER BENNIE

4

DECLARATION OF JENNIFER BENNIE IN SUPPORT OF PLAINTIFFS' MOTION FOR COLLECTIVE ACTION CERTIFICATION