1  Felicia Medina (SBN 255804)
2  fmedina@sanfordheisler.com
   Chioma Chukwu (SBN 288502)
3  cchukwu@sanfordheisler.com
   SANFORD HEISLER, LLP
4  555 Montgomery Street, Suite 1206
5  San Francisco, CA 94111
   (415) 795-2020 (main)
6  (415) 795-2021 (fax)

7  *Attorneys for the Plaintiffs and the Class*

8  *Caption continued on next page*

9

10                    **UNITED STATES DISTRICT COURT**

11                   **NORTHERN DISTRICT OF CALIFORNIA**

12

13  SARA WELLENS, KELLY JENSEN,
    JACQUELINE PENA, BERNICE
    GIOVANNI, LARA HOLLINGER,              Case No. C 13-00581 WHO (DMR)
14  and JENNIFER BENNIE
    on behalf of themselves and all others
15  similarly situated,                     **STIPULATION AND**
                                            **ORDER TO CONTINUE CASE**
16                    **Plaintiffs**,       **MANAGEMENT CONFERENCE**

17  v.

18  DAIICHI SANKYO, INC.,

19                    **Defendant.**

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 13-00581 WHO (DMR)
1

1  ALISON B. WILLARD, State Bar No. 268672
   One Market, Spear Tower
2  San Francisco, CA 94105
   Tel: (415) 442-1000
3  Fax: (415) 442-1001
   awillard@morganlewis.com
4
   SARI M. ALAMUDDIN (*Pro Hac Vice*)
5  ALLISON N. POWERS (*Pro Hac Vice*)
   MORGAN, LEWIS & BOCKIUS LLP
6  77 West Wacker Drive
   Chicago, IL  60601-5094
7  Tel:    (312) 324-1000
   Fax:    (312) 324-1001
8  salamuddin@morganlewis.com
   apowers@morganlewis.com
9
   BLAIR J. ROBINSON (*Pro Hac Vice*)
10 A. KLAIR FITZPATRICK (*Pro Hac Vice*)
   MORGAN, LEWIS & BOCKIUS LLP
11 1701 Market Street
   Philadelphia, PA 19103
12 T:  (215) 963-5000
   F:  (215) 963-5001
13 blair.robinson@morganlewis.com
   kfitzpatrick@morganlewis.com
14
   *Attorneys for Defendant*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 13-00581 WHO (DMR)
2

WHEREAS, on February 12, 2014, the Court set a Case Management Conference ("CMC") for April 15, 2014 and Ordered to the Parties to submit a Case Management Statement ("CMS") by April 8, 2014 (Dkt No. 68);

WHEREAS, on February 25, 2014, the Parties submitted a Joint Discovery Dispute Letter Regarding Opt-in Discovery ("Joint Letter") (Dkt No. 69) and the Joint Letter was referred to the Honorable Magistrate Judge Donna M. Ryu ("Judge" Ryu) on March 6, 2014 (Dkt No. 76);

WHEREAS, on March 12, 2014, Judge Ryu set a hearing regarding the Joint Letter for April 10, 2014 (Dkt No. 82);

WHEREAS, on March 18, 2014, the Court granted Defendant's Motion for Extension of Time to Oppose Plaintiffs' Motion for Equal Pay Act Conditional Collective Certification, and indicated in the Order that Judge Ryu's ruling on the Joint Letter may affect case management issues such as discovery deadlines (Dkt No. 87);

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant Daiichi Sankyo, Inc. and Plaintiffs Sara Wellens, Kelly Jensen, Jacqueline Pena, Bernice Giovanni, Lara Hollinger, and Jennifer Bennie, by their attorneys, and subject to Court approval, as follows:

The CMS due to the Court on April 8, 2014 and the CMC on April 15, 2014 will be continued to a date convenient to the Court after sufficient time has elapsed for Judge Ryu to rule on the Joint Letter.

Dated: March 25, 2014    Respectfully submitted,

*/s/ Felicia Medina*
Felicia Medina, on behalf of
Plaintiffs and the Class

*/s/ Sari M. Alamuddin*
Sari M. Alamuddin, on behalf of
Defendant

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2     For the reasons described above, and for good cause shown, the Case Management Conference date is hereby modified as per the Parties' agreement. The Case Management Conference currently scheduled for April 15, 2014 shall be vacated and continued to  May 13, 2014  at   2:00 PM  .

7 DATE:  March 27, 2014                          _____
The Honorable William H. Orrick
United States District Judge