United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARA WELLENS,

        Plaintiff(s),

    v.

DAIICHI SANKYO INC,

        Defendant(s).
_____/

No. C-13-00581 DMR

**ORDER TAKING DISCOVERY LETTER [DOCKET NO. 69] UNDER SUBMISSION WITHOUT ORAL ARGUMENT**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The court has received the joint discovery letter filed by the parties (Docket No. 69), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the April 10, 2014 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

    IT IS SO ORDERED.

Dated: April 8, 2014

                                    _____
                                    DONNA M. RYU
                                    United States Magistrate Judge