| | |
|---|---|
| 1 | ALISON B. WILLARD, State Bar No. 268672 |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | One Market, Spear Tower |
| | San Francisco, CA 94105 |
| 3 | Tel: (415) 442-1311 |
| | Fax: (415) 442-1001 |
| 4 | awillard@morganlewis.com |
| 5 | GEORGE A. STOHNER, State Bar No. 214508 |
| | SARI M. ALAMUDDIN (Pro Hac Vice) |
| 6 | ALLISON N. POWERS (Pro Hac Vice) |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 7 | 77 West Wacker Drive |
| | Chicago, IL 60601-5094 |
| 8 | Tel:    (312) 324-1000 |
| | Fax:    (312) 324-1001 |
| 9 | gstohner@morganlewis.com |
| | salamuddin@morganlewis.com |
| 10 | apowers@morganlewis.com |
| 11 | BLAIR J. ROBINSON (*Pro Hac Vice*) |
| | A. KLAIR FITZPATRICK (*Pro Hac Vice*) |
| 12 | MORGAN, LEWIS & BOCKIUS LLP |
| | 1701 Market Street |
| 13 | Philadelphia, PA 19103 |
| | T:  (215) 963-5000 |
| 14 | F:  (215) 963-5001 |
| | blair.robinson@morganlewis.com |
| 15 | kfitzpatrick@morganlewis.com |

*Attorneys for Defendant*

*Caption continued on next page*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA WELLENS, KELLY JENSEN, JACQUELINE PENA, BERNICE GIOVANNI, LARA HOLLINGER, and JENNIFER BENNIE on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs**,<br><br>v.<br><br>DAIICHI SANKYO, INC.,<br><br>**Defendant.** | Case No. C 13-00581 WHO (DMR)<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1  Felicia Medina (SBN 255804)
2  fmedina@sanfordheisler.com
   Chioma Chukwu (SBN 288502)
3  cchukwu@sanfordheisler.com
4  SANFORD HEISLER, LLP
   555 Montgomery Street, Suite 1206
5  San Francisco, CA 94111
   (415) 795-2020 (main)
6  (415) 795-2021 (fax)
   *Attorneys for the Plaintiffs and the Class*
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Morgan, Lewis &
Bockius LLP
Attorneys at Law
San Francisco

STIPULATION AND ORDER TO CONTINUE CMC CASE NO. C 13-00581 WHO (DMR)
2

1       WHEREAS, on March 27, 2014, the Court ordered, pursuant to stipulation, that the Case Management Conference ("CMC") scheduled for April 15, 2014 be vacated and continued to May 13, 2014 to allow sufficient time for Magistrate Judge Donna M. Ryu ("Judge" Ryu) to rule on the Joint Discovery Dispute Letter Regarding Opt-in Discovery ("Joint Letter") (Dkt. No. 69) that was then pending (Dkt. No. 93);

      WHEREAS, on April 11, 2014, Judge Ryu issued a ruling on the Joint Letter (Dkt. No. 102);

      WHEREAS, on April 15, 2014, pursuant to the Court's March 14, 2014 Order (Dkt. No. 87) and the Court's April 1, 2014 Order (Dkt. No. 95), Plaintiffs re-noticed the hearings for their Motion For Equal Pay Act Conditional Collective Action Certification and Authorization of Notice ("Motion to Conditionally Certify") (Dkt. No. 78) and Motion for Equitable Tolling (Dkt. No. 84) to both be heard on May 14, 2014 at 2:00 p.m. (Dkt. No. 103);

      WHEREAS, continuing the CMC date to coincide with or occur after the hearings on the Motion to Conditionally Certify and Motion for Equitable Tolling will clarify the issues for discussion with the Court and promote judicial efficiency;

      IT IS HEREBY STIPULATED BY AND BETWEEN Defendant Daiichi Sankyo, Inc. and Plaintiffs Sara Wellens, Kelly Jensen, Jacqueline Pena, Bernice Giovanni, Lara Hollinger, and Jennifer Bennie, by their attorneys, and subject to Court approval, as follows:

      The CMC on May 13, 2014 will be continued to May 14, 2014 or a date convenient to the Court after the hearings on the Motion to Conditionally Certify and the Motion for Equitable Tolling.

Dated: April 23, 2014    Respectfully submitted,

*/s/ Felicia Medina*
Felicia Medina, on behalf of
Plaintiffs and the Class

*/s/ Sari M. Alamuddin*
Sari M. Alamuddin, on behalf of
Defendant

STIPULATION AN ORDER TO CONTINUE HEARING ON
MOTION FOR EQUITABLE TOLLING CASE NO. C 13-00581 WHO (DMR)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

For the reasons described above, and for good cause shown, the Case Management Conference date is hereby modified as per the Parties' agreement.  The Case Management Conference currently scheduled for May 13, 2014 shall be vacated and continued to  May 14, 2014   at   2:00 p.m.  .

DATE:  April 28, 2014

_____
The Honorable William H. Orrick
United States District Judge