| | |
|---|---|
| 1 | |
| 2 | Felicia Medina (SBN 255804) |
| | fmedina@sanfordheisler.com |
| 3 | Elizabeth Gropman (SBN 294156) |
| | egropman@sanfordheisler.com |
| 4 | SANFORD HEISLER, LLP |
| | 555 Montgomery Street, Suite 1206 |
| 5 | San Francisco, CA 94111 |
| | (415) 795-2020 (main) |
| 6 | (415) 795-2021 (fax) |
| 7 | *Attorneys for Plaintiffs and the Class* |
| 8 | |
| | *Caption continued on next page* |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SARA WELLENS, KELLY JENSEN, JACQUELINE PENA, BERNICE GIOVANNI, LARA HOLLINGER, and JENNIFER BENNIE on behalf of themselves and all others similarly situated, | | Case No. C 13-00581 WHO (DMR) |
| **Plaintiffs**, | | **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | | |
| DAIICHI SANKYO, INC., | | |
| **Defendant.** | | |

1  SACHA M. STEENHOEK, State Bar No. 253743
   One Market, Spear Tower
2  San Francisco, CA 94105
   Tel: (415) 442-1000
3  Fax: (415) 442-1001
   ssteenhoek@morganlewis.com
4
   SARI M. ALAMUDDIN (*Pro Hac Vice*)
5  ALLISON N. POWERS (*Pro Hac Vice*)
   MORGAN, LEWIS & BOCKIUS LLP
6  77 West Wacker Drive
   Chicago, IL  60601-5094
7  Tel:    (312) 324-1000
   Fax:    (312) 324-1001
8  salamuddin@morganlewis.com
   apowers@morganlewis.com
9
   BLAIR J. ROBINSON (*Pro Hac Vice*)
10 A. KLAIR FITZPATRICK (*Pro Hac Vice*)
   MORGAN, LEWIS & BOCKIUS LLP
11 1701 Market Street
   Philadelphia, PA 19103
12 T:  (215) 963-5000
   F:  (215) 963-5001
13 blair.robinson@morganlewis.com
   kfitzpatrick@morganlewis.com
14
   *Attorneys for Defendant*
15

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 13-00581 WHO (DMR)
2

1     WHEREAS, on May 5, 2014, the Court set a Case Management Conference ("CMC") for November 14, 2014 and Ordered the Parties to propose a final schedule (Dkt. 125);

    WHEREAS, the opt-in period closed on September 21, 2014;

    WHEREAS, the parties have been diligently working to resolve disputes regarding (1) the scope of opt-in discovery, including the number and timing of depositions, and (2) the number of custodians with electronically-stored information ("ESI") to be subject to discovery;

    WHEREAS, the scope of opt-in and ESI discovery will substantially affect the parties' ability to establish a reasonable schedule;

    WHEREAS, the parties expect the aforementioned issues to be resolved or submitted to Magistrate Judge Ryu within 20 days;

    WHEREAS, Plaintiffs' Counsel Felicia Medina has a conflict on November 14, 2014;

    IT IS HEREBY STIPULATED BY AND BETWEEN Defendant Daiichi Sankyo, Inc. and Plaintiffs Sara Wellens, Kelly Jensen, Jacqueline Pena, Bernice Giovanni, Lara Hollinger, and Jennifer Bennie, by their attorneys, and subject to Court approval, as follows:

    The CMC on November 14, 2014 will be continued to a date convenient to the Court in December 2014.  The parties will submit a joint schedule or competing schedules as part of a Supplemental Case Management Statement not less than seven days in advance of the rescheduled CMC.

Dated: November 4, 2014    Respectfully submitted,

*/s/ Felicia Medina*
Felicia Medina, on behalf of
Plaintiffs and the Class

*/s/ Sari M. Alamuddin*
Sari M. Alamuddin, on behalf of
Defendant

STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 13-00581 WHO (DMR)
3

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2  For the reasons described above, and for good cause shown, the Case Management Conference date is hereby modified as per the Parties' agreement. The Case Management Conference currently scheduled for November 14, 2014 shall be vacated and continued to __December 2nd__ at __2:00 p.m__.

DATE: __November 6, 2014__

_____
The Honorable William H. Orrick
United States District Judge