| | |
|---|---|
| SACHA STEENHOEK, SBN 253743<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Tower<br>San Francisco, CA 94105<br>Tel: (415) 442-1267<br>Fax: (415) 442-1001<br>ssteenhoek@morganlewis.com | DAVID SANDFORD, *Pro Hac Vice To Be Filed*<br>SANFORD HEISLER KIMPEL, LLP<br>dsanford@sanfordheisler.com<br>1666 Connecticut Ave. NW, Suite 300<br>Washington, DC 20009<br>(202) 499-5200 (main)<br>(202) 499-5201 (fax) |
| SARI M. ALAMUDDIN, *Pro Hac Vice*<br>ALLISON N. POWERS, *Pro Hac Vice*<br>MORGAN, LEWIS & BOCKIUS LLP<br>77 West Wacker Drive<br>Chicago, IL  60601-5094<br>Tel:     (312) 324-1000<br>Fax:    (312) 324-1001<br>salamuddin@morganlewis.com<br>apowers@morganlewis.com | FELICIA MEDINA, SBN 255804<br>fmedina@sanfordheisler.com<br>YONINA ALEXANDER, SBN 284908<br>yalexander@sanfordheisler.com<br>SANFORD HEISLER KIMPEL, LLP<br>555 Montgomery Street, Suite 1206<br>San Francisco, CA 94111<br>(415) 795-2020 (main)<br>(415) 795-2021 (fax)<br>***Attorneys for the Plaintiffs and the Class*** |
| BLAIR J. ROBINSON, *Pro Hac Vice*<br>A. KLAIR FITZPATRICK, *Pro Hac Vice*<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103<br>T:  (215) 963-5000<br>F:  (215) 963-5001<br>blair.robinson@morganlewis.com<br>kfitzpatrick@morganlewis.com<br>***Attorneys for the Defendant*** | |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARA WELLENS, KELLY JENSEN, JACQUELINE PENA, BERNICE GIOVANNI, LARA HOLLINGER, and JENNIFER BENNIE on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs**,<br><br>v.<br><br>DAIICHI SANKYO, INC.,<br><br>**Defendant.** | Case No. C 13-00581 WHO (DMR)<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND MOTION HEARING** |

WHEREAS, on August 28, 2015, Plaintiffs submitted a Motion For Preliminary Approval of the Class Settlement ("Motion") (Dkt No. 167);

WHEREAS, on August 28, 2015, the Parties submitted a Joint Case Management Statement requesting that the September 8, 2015 Case Management Conference be vacated and a hearing on Plaintiffs' Motion be set at the Court's earliest convenience (Dkt No. 167);

WHEREAS, on August 31, 2015, the Court set a Case Management Conference and Motion Hearing ("Hearing") for September 16, 2015 (Dkt No. 169);

WHEREAS, Defense Counsel has a conflict on September, 16, 2015;

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant Daiichi Sankyo, Inc. and Plaintiffs Sara Wellens, Kelly Jensen, Jacqueline Pena, Bernice Giovanni, Lara Hollinger, and Jennifer Bennie, by their attorneys, and subject to Court approval, as follows:

The Hearing on September 16, 2015 will be continued to September 30, 2015.

Dated:   September 1, 2015        Respectfully submitted,

*/s/ Felicia Medina*
Felicia Medina, on behalf of
Plaintiffs and the Class

*/s/ Sari M. Alamuddin*
Sari M. Alamuddin, on behalf of
Defendant

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2       For the reasons described above, and for good cause shown, the Case Management
3  Conference and Motion Hearing date is hereby modified as per the Parties' agreement.  The Case
4  Management Conference currently scheduled for September 16, 2015 shall be vacated and
5  continued to September 30, 2015 at _____.

7  DATE:  September 2, 2015                    _____
                                                The Honorable William H. Orrick
8                                               United States District Judge