SACHA STEENHOEK, SBN 253743
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Tower
San Francisco, CA 94105
Tel: (415) 442-1267
Fax: (415) 442-1001
ssteenhoek@morganlewis.com

SARI M. ALAMUDDIN, *Pro Hac Vice*
ALLISON N. POWERS, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive
Chicago, IL 60601-5094
Tel:     (312) 324-1000
Fax:    (312) 324-1001
salamuddin@morganlewis.com
apowers@morganlewis.com

BLAIR J. ROBINSON, *Pro Hac Vice*
A. KLAIR FITZPATRICK, *Pro Hac Vice*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
T:  (215) 963-5000
F:  (215) 963-5001
blair.robinson@morganlewis.com
kfitzpatrick@morganlewis.com
*Attorneys for the Defendant*

DAVID SANDFORD, *Pro Hac Vice*
SANFORD HEISLER KIMPEL, LLP
dsanford@sanfordheisler.com
1666 Connecticut Ave. NW, Suite 300
Washington, DC 20009
(202) 499-5200 (main)
(202) 499-5201 (fax)

FELICIA MEDINA, SBN 255804
fmedina@sanfordheisler.com
DANIELLE FUSCHETTI, SBN 284908
dfuschetti@sanfordheisler.com
SANFORD HEISLER KIMPEL, LLP
111 Sutter Street, Suite 975
San Francisco, CA 94104
(415) 795-2020 (main)
(415) 795-2021 (fax)
*Attorneys for the Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SARA WELLENS, KELLY JENSEN, JACQUELINE PENA, BERNICE GIOVANNI, LARA HOLLINGER, and JENNIFER BENNIE on behalf of themselves and all others similarly situated,<br><br>**Plaintiffs**,<br><br>v.<br><br>DAIICHI SANKYO, INC.,<br><br>**Defendant.** | Case No. C 13-00581 WHO (DMR)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CY PRES BENEFICIARIES OF UNUSED CLASS SETTLEMENT FUNDS** |

1    WHEREAS, on October 16, 2015, the Court appointed Rust Consulting, Inc. as the Claims Administrator of the Class Settlement;

WHEREAS, on February 11, 2016, the Court granted final approval of the Class Settlement and Plaintiffs' Motion for Fees, Reimbursement of Expenses and Service Payments. Docket No. 191;

WHEREAS, on February 11, 2016, the Court ordered that it "will retain jurisdiction over this matter for purposes of resolving issues relating to administration, implementation, and enforcement of the Settlement Agreement for (2) years following the "Effective Date," as defined in Section 3.1(r) of the Settlement Agreement." Docket No. 191, Paragraph 30;

WHEREAS, the Class Settlement allocates $150,000.00 for the payment of administrative expenses.  Docket No. 167-2, Section 4.1(a)(v);

WHEREAS, the Class Settlement sets forth that, "All unused funds allocated for administrative expenses according to Section 4.1(a)(v), will, subject to Court approval, be paid to the Justice and Diversity Center of the Bar Association of San Francisco as a cy pres beneficiary." Docket No. 167-2, Section 5.3(c)(ii);

WHEREAS, $48,376.02 of the funds allocated for administrative expenses were not used;

WHEREAS, the parties desire to identify other cy pres beneficiaries;

THEREFORE IT IS HEREBY STIPULATED BY AND BETWEEN Defendant Daiichi Sankyo, Inc. and Plaintiffs Sara Wellens, Kelly Jensen, Jacqueline Pena, Bernice Giovanni, Lara Hollinger, and Jennifer Bennie, by their attorneys, and subject to Court approval, as follows:

The unused funds allocated for administrative expenses will be divided in the following way: (a) $10,000.00, or 20.7% of the unused funds, will be paid to the Justice and Diversity Center of the Bar Association of San Francisco as a cy pres beneficiary; (b) $10,000.00, or 20.7% of the unused funds, will be paid to the Foundation for Advocacy Inclusion and Resources as a cy pres beneficiary; (c) $10,000.00, or 20.7% of the unused funds, will be paid to the Center for WorkLife Law as a cy pres beneficiary; and (d) $18,376.02, or 37.9% of the unused funds, will be paid to the Legal Aid Society Employment Law Center as a cy pres beneficiary. These

1

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CY PRES BENEFICIARIES OF UNUSED CLASS SETTLEMENT FUNDS, CASE NO. C 13-00581 WHO (DMR)

organizations do legal and advocacy work in support of women and women in the workforce.

The Parties agree that, aside from submitting this Joint Stipulation and except as ordered by this Court, they will not further publicize the identity of the beneficiaries or the amounts of the cy pres awards.

The Claims Administrator will pay the cy pres beneficiaries within sixty (60) days following distribution of the Claim Form Component award checks. If unexpected administrative expenses are incurred before payment to the cy pres beneficiaries, the Claims Administrator will pay for these unexpected expenses with the funds allocated for administrative expenses and then divide the unused funds according to the proportionate distribution set forth in this stipulation.

Dated:   July 7, 2016         Respectfully submitted,

*/s/ Felicia Medina*
Felicia Medina, on behalf of
Plaintiffs and the Class

*/s/ Sari M. Alamuddin*
Sari M. Alamuddin, on behalf of
Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: _____     _____
The Honorable William H. Orrick
United States District Judge